UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JUAN ALFONSO NUNO VELASCO, | Case No. 3:13-cv-00431-MMD-VPC |
| Petitioner, | ORDER |
| v. | |
| RENEE BAKER, et al., | |
| Respondents. | |

This action is a *pro se* petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254, by a Nevada state prisoner.

The Court previously appointed the Federal Public Defender to represent the petitioner. (Dkt. no. 5.) The Federal Public Defender has identified a conflict of interest with the petitioner, and has indicated their inability to represent the petitioner. (Dkt. no. 9.) The Court's Criminal Justice Act (CJA) Coordinator has located alternative counsel, Jeffrey S. Blanck, Esq., who is willing to be appointed to represent the petitioner herein. Mr. Blanck is a Criminal Justice Act panel attorney for the United States District Court, District of Nevada. If Mr. Blanck is unable to represent petitioner, due to a conflict of interest or other reason, then alternate counsel for petitioner shall be located, and the Court will enter a separate order appointing such alternate counsel. In either case, counsel will represent petitioner in all future federal proceedings relating to this matter (including subsequent actions) and appeals therefrom, unless allowed to withdraw.

It is therefore ordered that the federal public defender is hereby released as counsel for petitioner.

It is further ordered that Jeffrey S. Blanck, Esq., is appointed to represent the petitioner herein. Mr. Blanck shall represent petitioner in all future proceedings relating to this matter and appeals therefrom, pursuant to 18 U.S.C. § 3006A(a)(2)(B).

It is further ordered that the Clerk of Court shall electronically serve on Jeffrey S. Blanck, Esq. (jblanck@jeffreyblancklaw.com) a copy of this order, together with a copy of the petition for writ of habeas corpus and its attachments (Dkt. no. 1-1). Mr. Blanck shall have sixty (60) days from the date of entry of this order to undertake direct representation of petitioner by filing a notice of appearance or to indicate to the Court his inability to represent petitioner in these proceedings.

It is further ordered that the Clerk of Court shall send a copy of this order to the CJA Coordinator.

It is further ordered that, after counsel has appeared for petitioner in this case, the Court will issue a scheduling order, which will, among other things, set a deadline for the filing of a first amended petition.

DATED THIS 12th day of November 2013.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE