UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JUAN ALFONSO NUNO VELASCO,<br><br>                     Petitioner,<br>    v.<br><br>RENEE BAKER, et al.,<br><br>                     Respondents. | Case No. 3:13-cv-00431-MMD-VPC<br><br>ORDER |

This action is a *pro se* petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254, by a Nevada state prisoner. On October 31, 2013, this Court granted petitioner's motion for counsel and appointed the Federal Public Defender to represent petitioner in this action. (Dkt. no. 5.) On November 5, 2013, the Federal Public Defender's Office notified the Court of its inability to represent petitioner due to a conflict of interest. (Dkt. no. 9.) On November 12, 2013, the Court appointed CJA panel counsel Jeffrey S. Blanck, Esq., to represent petitioner in this habeas corpus proceeding. (Dkt. no. 10.) On December 5, 2013, Jeffrey S. Blank entered a notice of appearance as petitioner's counsel of record in this action. (Dkt. no. 11.) The Court now sets a schedule for further proceedings in this action.

It is therefore ordered that counsel for petitioner shall meet with petitioner as soon as reasonably possible, if counsel has not already done so, to: (a) review the procedures applicable in cases under 28 U.S.C. § 2254; (b) discuss and explore with petitioner, as fully as possible, the potential grounds for habeas corpus relief in

petitioner's case; and (c) advise petitioner that all possible grounds for habeas corpus relief must be raised at this time in this action and that the failure to do so will likely result in any omitted grounds being barred from future review.

It is further ordered, so that respondents may be electronically served with the amended petition and any exhibits or documents filed through counsel, that the Clerk of Court shall serve respondents with a copy of this order. Respondent's counsel shall enter a notice of appearance herein within twenty (20) days of entry of this order.

It is further ordered that counsel for petitioner shall have ninety (90) days from the date of entry of this order, to file and serve on respondents an amended petition for writ of habeas corpus, which shall include all known grounds for relief (both exhausted and unexhausted).

It is further ordered that respondents shall have thirty (30) days after service of an amended petition within which to answer, or otherwise respond to, the amended petition. If petitioner does not file an amended petition, respondents shall have thirty (30) days from the date on which the amended petition is due within which to answer, or otherwise respond to, the original petition.

It is further ordered that if and when respondents file an answer, petitioner shall have thirty (30) days after service of the answer to file and serve a reply.

It further is ordered that any state court record exhibits filed by the parties herein shall be filed with an index of exhibits identifying the exhibits by number or letter. The CM/ECF attachments that are filed shall further be identified by the number or numbers (or letter or letters) of the exhibits in the attachment.

It is further ordered that the parties shall send courtesy (paper) copies of all exhibits presented in support of the amended petition and the response to the amended petition to the Reno Division of this Court.  Courtesy copies shall be mailed to the Clerk

///

///

///

of Court, 400 S. Virginia St., Reno, NV, 89501, and directed to the attention of "Staff Attorney" on the outside of the mailing address label.

DATED THIS 6th day of December 2013.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE