1
2
3
4
5
6

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

7

JUAN ALFONSO NUNO VELASCO,

8

Petitioner,

9

v.

10

RENEE BAKER, et al.,

11

Respondents.

Case No. 3:13-cv-00431-MMD-VPC

ORDER

12      This action is a petition for a writ of habeas corpus filed pursuant to 28 U.S.C. §
13   2254, by a Nevada state prisoner represented by counsel. By order filed December 6,
14   2013, the Court set a scheduling order in which petitioner was granted ninety (90) days
15   in which to file an amended petition. (Dkt. no. 12.) Respondents were directed to file a
16   response to the amended petition within thirty (30) days after being served with the
17   amended petition. (*Id.*).

18      On February 12, 2014, petitioner filed a motion for an extension of time in which
19   to file an amended petition. (Dkt. no. 14.) On February 26, 2014, respondents filed a
20   notice of non-opposition to petitioner's motion. (Dkt. no. 15.) Good cause appearing,
21   petitioner's motion is granted.

22      It is therefore ordered that petitioner's motion for an extension of time (dkt. no.
23   14) is granted. Petitioner's amended petition shall be filed not later than June 4, 2014.
24   Respondents' response to the amended petition shall be filed not later than July 7,
25   2014. Petitioner's reply shall be filed not later than August 6, 2014.

26      DATED THIS 27th day of February 2014.

27
28

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE