UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JUAN ALFONSO NUNO VELASCO,<br><br>                        Petitioner,<br>    v.<br>RENEE BAKER, et al.,<br>                        Respondents. | Case No. 3:13-cv-00431-MMD-VPC<br><br>ORDER |

On March 27, 2015, this Court entered an order granting petitioner leave to conduct discovery, including leave to serve subpoenas on various entities. (Dkt. no. 29.) In response, respondents filed a motion for reconsideration or, in the alternative, motion to stay discovery pending resolution of a petition for writ of mandamus in the Ninth Circuit. (Dkt. no. 30.) That motion was followed two days later by an emergency motion to quash subpoenas. (Dkt. no. 31.)

The subpoenas are directed at six (6) law enforcement agencies in Nevada and California and request, in essence, any information the agency may possess that relates to the petitioner's case. A decision on respondents' motion for reconsideration is forthcoming. In the meantime, the potential for prejudice to the petitioner is outweighed by the hardship imposed on the parties subject to the subpoenas. Therefore, the subpoenas issued by the petitioner on March 30, 2015, shall be quashed pending resolution of respondents' motion for reconsideration (dkt. no. 30).

It is ordered that the respondents' emergency motion to quash subpoenas (dkt. no. 31) is granted.

It is further order that the Clerk of the Court shall serve this order on the following entities:

Fresno County Sheriff's Office
2200 Fresno St.
Fresno, CA 93721

Merced County Sheriff's Department
700 W. 22nd St.
Merced, CA 95340

Merced County Coroner's Office
700 W. 22nd St.
Merced, CA 95340

Reno Police Department
455 E. 2nd St.
Reno, NV 89502

Washoe County Sheriff's Office
911 Parr Blvd.,
Reno, NV 89512

Washoe County Sheriff's Office
Forensic Science Division
911 Parr Blvd.,
Reno, NV 89512

DATED THIS 8th day of May 2015.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE